UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RAYMOND FORD, | ) |
| Plaintiff | ) ) ) ) **Case No.: 2:16-cv-13935-SFC-APP** |
| v. | ) ) |
| AMERICAN INTERCONTINENTAL UNIVERSITY, | ) ) ) |
| Defendant | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: September 1, 2017        BY: */s/ Amy L.Bennecoff Ginsburg*
                                                  Amy L. Bennecoff Ginsburg, Esquire
                                                  Kimmel & Silverman, P.C.
                                                  30 E. Butler Avenue
                                                  Ambler, PA 19002
                                                  Phone: (215) 540-8888
                                                  Facsimile: (877) 788-2864
                                                  Email: aginsburg@creditlaw.com
                                                  Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

David E. Plunkett, Esq.
Williams, Williams,
380 N. Old Woodward Avenue
Suite 300
Birmingham, MI 48009
248-642-0333
Fax: 248-642-0856
Email: dep@wwrplaw.com

Jeremy M. Manson, Esq.
Williams Williams Rattner and Plunkett, P.C.
380 N. Old Woodward Ave.
Suite 300
Birmingham, MI 48009
248-642-0333
Fax: 248-642-4174
Email: jmmanson@wwrplaw.com

Terance A. Gonsalves, Esq.
Steptoe & Johnson LLP
115 South LaSalle Street
Suite 3100
Chicago, IL 60603
312 577-1320
Email: tgonsalves@steptoe.com

Dated: September 1, 2017          BY: */s/ Amy L. Bennecoff Ginsburg*
                                  Amy L. Benecoff Ginsburg, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Avenue
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Facsimile: (877) 788-2864
                                  Email: aginsburg@creditlaw.com
                                  Attorney for the Plaintiff