UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND FORD,

    Plaintiff,

                                    CIVIL NO. 16-13935
V.                              HON. SEAN F. COX

AMERICAN INTERCONTINENTAL,
UNIVERSITY,

    Defendant.
_____/

## ORDER FOR DISMISSAL

    Upon stipulation of the parties, filed on September 26, 2017 (D/E 18), and the Court being fully advised in the premises:

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with each party to bear its own costs and fees.

Dated:  October 13, 2017                    s/Sean F. Cox
                                                  Sean F. Cox
                                                  U. S. District Judge